ACCEPTED
01-15-00799-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 11:21:45 AM
CHRISTOPHER PRINE
CLERK

**Cause No. 01-15-00799-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/20/2015 11:21:45 AM
CHRISTOPHER A. PRINE
Clerk

**In the**

**First Court of Appeals**

**of Texas**

---

**Jordan Quentin Wilson,** *Appellant*

**v.**

**The State of Texas,** *Appellee*

---

On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause Number 1408418

### APPELLANT'S MOTION TO SUBSTITUTE COUNSEL

Appellant, Jordan Quentin Wilson, files this motion requesting the Court enter an order permitting Robert Wicoff to withdraw as the attorney of record on appeal and substitute Jerald K. Graber as the attorney of record on appeal. Also, this motion serves as notice to designate Jerald K. Graber as the new lead counsel on appeal pursuant to T.R.A.P. 6.1(c), and in support would show:

1. Robert Wicoff was appointed by the trial court to represent Appellant on appeal.

2. Jerald K. Graber has been hired to represent Appellant on this appeal. Jerald K. Graber approves of this substitution of appellate counsel, as evidenced by his signature on this motion.

3. Appellant approves of this substitution of appellate counsel.

4. Robert Wicoff has been notified of this motion to substitute counsel, and he has no objections to the substitution of appellate counsel.

5. There currently are no briefing deadlines in this case as the clerk's record and the reporter's record have not been filed.

Appellant, Jordan Quentin Wilson, requests that this Court grant this Motion to Substitute Counsel and designate Jerald K. Graber as lead counsel on this appeal, and permit Robert Wicoff to withdraw.

Respectfully Submitted,

*/s/ Jerald Graber*                          */s/ Robert Wicoff*
Jerald K. Graber                              Robert Wicoff
Texas Bar No. 08240320                  (signed by permission)
917 Franklin, Suite 510
Houston, TX 77002
713-224-2323 (phone)
713-227-990 (fax)
Email : graberlaw@sbcglobal.net
Attorney for Mr. Wilson

## **Certificate of Service**

I certify that a copy of this motion has been served on Assistant District Attorney Alan Curry, Harris County District Attorney's Office, via email at curry_alan@dao.hctx.net on October 20, 2015.

*/s/ Jerald Graber*

Jerald K. Graber

Attorney for Mr. Wilson